151 So. 923

**CITY OF BIRMINGHAM v. Susie Lee JONES.**
**6 Div. 527.**

Court of Appeals of Alabama.
Dec. 19, 1933.

T. A. McFarland, of Birmingham, for appellant.

Mullins, Pointer & Deramus, of Birmingham, for appellee.

RICE, Judge.
Affirmed.

151 So. 924

**CITY OF BIRMINGHAM v. J. P. MUDD.**
**6 Div. 991.**

Court of Appeals of Alabama.
Dec. 19, 1933.

Wilkinson & Burton, of Birmingham, for appellant.

Erle Pettus, of Birmingham, for appellee.

RICE, Judge.
Affirmed.

159 So. 890

**CITY OF BIRMINGHAM v. Myrta Adelaide POE.**
**6 Div. 629.**

Court of Appeals of Alabama.
Dec. 18, 1934.

W. J. Wynn and T. A. McFarland, of Birmingham, for appellant.

Fort, Beddow & Ray and G. Ernest Jones, all of Birmingham, for appellee.

RICE, Judge.
Affirmed.

159 So. 913

**CITY OF BIRMINGHAM v. L. A. WHET-STONE.**
**6 Div. 760.**

Court of Appeals of Alabama.
Feb. 5, 1935.

Clarence Mullins, of Birmingham, for appellant.

Horace C. Wilkinson, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.